TODD M. LANDER (BAR NO. 173031)
todd.lander@ffslaw.com
MARK B. MIZRAHI (BAR NO. 179384)
mark.mizrahi@ffslaw.com
JEFFREY M. JENSEN (BAR NO. 262710)
jeffrey.jensen@ffslaw.com
FREEMAN, FREEMAN & SMILEY, LLP
1888 Century Park East, Suite 1500
Los Angeles, California 90067
Telephone:  (310) 255-6100
Facsimile:  (310) 255-6200

*Attorneys for Plaintiffs
Kelly Toys Holdings, LLC and
Kellytoy Worldwide, Inc.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| KELLY TOYS HOLDINGS, LLC, a Delaware limited liability company; KELLYTOY WORLDWIDE, INC., a California corporation; <br><br> Plaintiffs, <br><br> vs. <br><br> IDEA NUOVA, INC., a New York corporation; BIG LOTS STORES, INC., an Ohio corporation, and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No. 2:20-cv-02040-CBM-JPR <br><br> **NOTICE OF DISMISSAL, PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i) AND RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE RE: DISMISSAL FOR LACK OF PROSECUTION (DOCKET ENTRY NO. 23)** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiffs KELLY TOYS HOLDINGS, LLC, a Delaware limited liability company and KELLYTOY WORLDWIDE, INC., a California corporation hereby dismiss the above-captioned action.  This Notice of Dismissal is made prior to defendants having served either an answer or a motion for summary judgment.

This Notice of Dismissal also responds to the Court's Order To Show Cause Re: Dismissal for Lack of Prosecution (Docket Entry No. 23).

4661625.1

NOTICE OF DISMISSAL, PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i) IN RESPONSE TO OSC

| | | |
|---|---|---|
| 1 | | Respectfully submitted, |
| 2 | DATED: September 15, 2020 | FREEMAN, FREEMAN & SMILEY, LLP |
| 3 | | |
| 4 | | By:   */s / Mark B. Mizrahi* |
| 5 | | TODD M. LANDER |
| | | MARK B. MIZRAHI |
| 6 | | JEFFREY M. JENSEN |
| 7 | | Attorneys for Plaintiffs |
| | | KELLY TOYS HOLDINGS, LLC and |
| 8 | | KELLYTOY WORLDWIDE, INC. |

**CERTIFICATE OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 1888 Century Park East, Suite 1500, Los Angeles, California 90067.

On September 15, 2020, I served true copies of the following document(s) described as **NOTICE OF DISMISSAL, PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i) AND RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE RE: DISMISSAL FOR LACK OF PROSECUTION (DOCKET ENTRY NO. 23)** on the interested parties in this action as follows:

**SERVICE LIST**

| | |
|---|---|
| Margaux E. Levy, Esq.<br>General Counsel<br>IDEA NUOVA, INC.<br>302 Fifth Avenue<br>New York, New York 10001<br>Telephone: (212) 643-0680<br>Facsimile: (212) 947-7977<br>margaux@ideanuova.com | *Attorneys for Defendants*<br>*IDEA NUOVA, INC. and*<br>*BIG LOTS STORES, INC.* |

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from e-mail address maria.villagran@ffslaw.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Freeman, Freeman & Smiley, LLP's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on September 15, 2020, at Los Angeles, California.

_____
Maria Villagran

4661625.1

3
NOTICE OF DISMISSAL, PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i) IN RESPONSE TO OSC