AO 121 (Rev. 06/16)

| TO: | |
|---|---|
| **Register of Copyrights**<br>**U.S. Copyright Office**<br>**101 Independence Ave. S.E.**<br>**Washington, D.C. 20559-6000** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

☒ ACTION   ☐ APPEAL

**COURT NAME AND LOCATION**
United States District Court, Central District of California
First Street Courthouse
350 West First Street, Los Angeles, CA 90012

**DOCKET NO.**: 2:20-cv-02040-CBM-JPR
**DATE FILED**: March 2, 2020

**PLAINTIFF**
KELLYTOY WORLDWIDE, INC., a California corporation

**DEFENDANT**
IDEA NUOVA, INC., a New York corporation; BIG LOTS STORES, INC., an Ohio corporation, and DOES 1 through 10, inclusive

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 VAu 2-096-020 | Turquoise Unicorn | Kellytoy Worldwide, Inc. |
| 2 VA 2-096-024 | Orange Fox | Kellytoy Worldwide, Inc. |
| 3 VA 2-118-285 | Blake Bear | Kellytoy Worldwide, Inc. |
| 4 VA 2-143-785 | White Spotted Eye Dog, Charlie | Kellytoy Worldwide, Inc. |
| 5 VA 2-154-787 | Turquoise Owl, Winston | Kellytoy Worldwide, Inc. |

In the above-entitled case, the following copyright(s) have been included:

**DATE INCLUDED**:
**INCLUDED BY**: ☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

**COPY ATTACHED**: ☒ Order   ☐ Judgment
**WRITTEN OPINION ATTACHED**: ☐ Yes   ☒ No
**DATE RENDERED**: 9/16/2020

**CLERK**: KIRY K. GRAY
**(BY) DEPUTY CLERK**: S. Hall-Brown
**DATE**: 9/16/2020

**DISTRIBUTION**:
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy


American LegalNet, Inc.
www.FormsWorkFlow.com