UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL  **JS-6**

| Case No. | **CV 20-2040-CBM(JPRx)** | Date | SEPTEMBER 16, 2020 |
|---|---|---|---|

| Title | Kellytoy Worldwide, Inc. v. Idea Nuova, Inc.et al., |
|---|---|

| Present: The Honorable | CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE |
|---|---|

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**   IN CHAMBERS-ORDER AND NOTICE TO ALL PARTIES

Counsel are hereby notified that pursuant to the Judge's directive, this case is hereby dismissed without prejudice per the Notice of dismissal [24] filed on September 15, 2020.

IT IS SO ORDERED.

cc: all parties

CV-90   **CIVIL MINUTES - GENERAL**   Initials of Deputy Clerk ys